IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANUELLE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:26-CV-00002-BL-JTA |
| | ) | |
| GUARDIAN CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On June 26, 2026, the Magistrate Judge recommended that the court grant the Plaintiff's Motion to Remand this case to the Circuit Court of Montgomery County (doc. 8) and deny Defendant Guardian Credit Union's Motion to Dismiss as moot (doc. 4). (*See* Doc. 21). The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation on July 10, 2026. To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **ORDERS** as follows:

1. The Plaintiff's Motion to Remand (doc. 8) is **GRANTED**;

2. The Defendant's Motion to Dismiss (doc. 4) is **DENIED as moot**;

3. This action is **REMANDED** to the Circuit Court of Montgomery County, Alabama; and

4. The Clerk of Court is **DIRECTED** to take all steps necessary to effectuate the remand and close this case.

**DONE** and **ORDERED** on this the 22nd day of July, 2026.

_____

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE